No. 297. BEATRICE GRAYSON JOHNSON *v.* WRIGHT THORNBURGH, ADMINISTRATOR, ET AL. October 17, 1927. Petition for a writ of certiorari to the Supreme Court of the State of Oklahoma granted. *Messrs. C. B. McCrory* and *A. L. Emery* for petitioner. *Messrs. Joseph L. Hull,* *Nathan A. Gibson* and *James M. Hays* for respondent.

---

No. 299. ARNOLD J. HELLMICH, COLLECTOR, *v.* ISADORE N. HELLMAN; and

No. 300. ARNOLD J. HELLMICH, COLLECTOR, *v.* MILTON C. HELLMAN. October 17, 1927. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Solicitor General Mitchell, Assistant Attorney General Willebrandt* and *Mr. Sewall Key* for petitioner. *Mr. Henry H. Furth* for respondents.

---

No. 321. MUTUAL LIFE INSURANCE COMPANY OF NEW YORK *v.* EDGAR M. WRIGHT, GUARDIAN. October 17, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. Wm. D. Arant* and *Frederick L. Allen* for petitioner. *Messrs. B. P. Crum* and *Richard T. Rives* for respondent.

---

No. 342. KRAUSS BROTHERS LUMBER COMPANY *v.* ANDREW W. MELLON, DIRECTOR GENERAL, ET AL. October 24, 1927. Petition for writ of certiorari granted, the discussion to be limited to the question of practice in respect to the bill of exceptions upon which the case in the Circuit Court of Appeals was made to turn. *Mr. Brenton K. Fisk* for petitioner. *Messrs. Sidney F. Andrews* and *Alexander M. Bull* for respondents.